**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

TAX CLAIM BUREAU OF LEHIGH : No. 540 MAL 2015
COUNTY 2013 UPSET TAX SALE :
:
: Petition for Allowance of Appeal from
OBJECTORS: : the Order of the Commonwealth Court
 NOE GUTIERREZ AND SUSANA :
GUTIERREZ :
:
:
:
PETITION OF: SUSANA GUTIERREZ, :
INDIVIDUALLY AND AS :
ADMINISTRATRIX OF THE ESTATE OF :
NOE GUTIERREZ :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of December, 2015, the Petition for Allowance of Appeal is **DENIED** and the Application for Leave to File Post-Submission Communication is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.